# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No. 06-MJ-00105-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. PAUL DANA GARCIA,**

**Defendant.**

## ORDER MODIFYING CONDITIONS OF BOND

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     The Defendant's counsel made an oral motion to modify the conditions of the Defendant's bond at the hearing held on February 7, 2006 at 10:43 a.m. to allow Defendant to have contact with his three (3) children and to allow him to attend his son's basketball games. The Government requested time to look into the matter with the investigative officer in this case before deciding whether to agree to same. The parties contacted the Court later and advised that the Government had no problem with this modification to the bond, therefore;

     **IT IS HEREBY ORDERED** that the Defendant will be allowed to have contact with his three (3) children at his parent's residence and that the Defendant will be allowed to attend his son's basketball games provided that he have no contact with Jogenia Garcia as previously ordered.

     **IT IS FURTHER ORDERED** that all other terms and conditions of the Order Setting Conditions of Release shall remain in full force and effect.

**DATED: February 6, 2006**

                                           **BY THE COURT:**

**s/David L. West**

**United State Magistrate Judge**